

**U.S. Department of Justice**
*Billy J. Williams*
*United States Attorney*
*District of Oregon*
*1000 SW Third Avenue, Suite 600*     (503) 727-1000
*Portland, OR 97204-2902*              Fax (503) 727-1117

May 16, 2016

Terri Wood
Attorney at Law
730 Van Buren Street
Eugene, OR 97402
   Attorney for Defendant Ritzheimer

Lisa Hay
Federal Public Defender
Richard E. N. Federico
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
   Attorneys for Defendant Payne

Tiffany A. Harris
Attorney at Law
811 SW Naito Pkwy., Suite 500
Portland, OR 97204
   Attorney for Defendant Shawna Cox

Andrew M. Kohlmetz
Kohlmetz Steen & Hanrahan PC
741 SW Lincoln Street
Portland, OR 97201
   Stand-By Attorney for Defendant Patrick

Per C. Olson
Hoevet Olson Howes PC
1000 SW Broadway, Suite 1500
Portland, OR 97205
   Attorney for Defendant Fry

Krista Shipsey
Attorney at Law
820 SW 2nd Ave., Suite 275
Portland, OR 97204
   Attorney for Defendant Cooper

Amy Baggio
Baggio Law
621 SW Morrison, Suite 1025
Portland, OR 97205
   Attorney for Defendant O'Shaughnessy

Andrew Bates
Attorney at Law
6122 NE Sacramento St.
Portland, OR 97213
   Stand-By Attorney for Defendant Ryan Bundy

Thomas K. Coan
Attorney at Law
1001 SW Fifth Ave., Suite 1400
Portland, OR 97204
   Attorney for Defendant Santilli

Matthew G. McHenry
Levine & McHenry LLC
1001 SW 5th Ave., Suite 1414
Portland, OR 97204
   Attorney for Defendant Sean Anderson

Tyl W. Bakker
Attorney at Law
621 SW Alder Street, Suite 621
Portland, OR 97205
   Attorney for Defendant Sandra Anderson

James F. Halley
Attorney at Law
735 SW 1st Ave., 2nd Floor
Portland, OR 97204
   Attorney for Defendant Kjar

Exhibit 2                                                                                    Page 1 of 2

Defense Counsel
Page 2
May 16, 2016

---

Ramón Pagàn
Attorney at Law
249 NE Lincoln
Hillsboro, OR 97124
   Attorney for Defendant Lequieu

Laurie Shertz
Attorney at Law
121 SW Salmon Street, 11th Floor
Portland, OR 97204
   Attorney for Defendant Thorn

Paul Hood
Attorney at Law
1001 SW 5th Ave., Suite 1415
Portland, OR 97204
   Attorney for Defendant Travis Cox

Robert W. Rainwater
Rainwater Law Group
1327 SE Tacoma Street, Suite 239
Portland, OR 97202
   Attorney for Defendant Blomgren

Benjamin T. Andersen
Attorney at Law
101 SW Madison Street, #9068
Portland, OR 97207
   Attorney for Defendant Stanek

Ernest Warren, Jr.
Warren & Sugarman
838 SW 1st Ave., Suite 500
Portland, OR 97204
   Attorney for Defendant Flores

Re:   Facebook Records
      *United States v. Ammon Bundy, et al.*, Case No. 3:16-CR-00051-BR

Dear Counsel:

Enclosed to each of you is an unencrypted CD that includes an individualized production of records received pursuant to a search warrant issued to Facebook. The pages are not numbered at this time. You will receive a Bates-stamped version of the records we seize once we complete execution of the warrants.

If you have any questions or concerns, please do not hesitate to contact us.

          Sincerely,

          BILLY J. WILLIAMS
          United States Attorney

          ETHAN D. KNIGHT
          GEOFFREY A. BARROW
          CRAIG J. GABRIEL
          Assistant United States Attorneys

lm
Enclosure