IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:16-cr-00051-BR |
| Plaintiff, | SEALED ORDER GRANTING GOVERNMENT'S REQUEST FOR ARREST WARRANT AS TO GARY HUNT AND ORDER SEALING ARREST WARRANT |
| v. | |
| JASON PATRICK, DUANE LEO EHMER, DYLAN ANDERSON, SEAN ANDERSON, SANDRA LYNN ANDERSON, DARRYL WILLIAM THORN, and JAKE RYAN, | |
| Defendants. | |

BROWN, Judge.

This matter comes before the Court on the government's request for an arrest warrant for Gary Hunt that the government made in its Status Report (#2000) Regarding Order to Show Cause and during a hearing on March 10, 2017.

On February 16, 2017, the Court granted the government's Motion (#1788) for Order to Show Cause and issued an Order (#1901) to Show Cause to Hunt. In that Order the Court directed Hunt to appear either in person or by telephone at a show-cause hearing on March 10, 2017, at 1:00 p.m. The Court also directed

1 -   SEALED ORDER GRANTING GOVERNMENT'S REQUEST FOR ARREST
      WARRANT AS TO GARY HUNT AND ORDER SEALING ARREST WARRANT

Hunt to file a memorandum no later than March 3, 2017, in response to the Order to Show Cause. Moreover, the Court offered to assist Hunt in locating *pro bono* counsel if he is unable to afford retained counsel and directed the government to effect personal service of the Order to Show Cause on Hunt.

On February 24, 2017, the government filed a Certification (#1946) of Service of Order to Show Cause. In that Certification the government represented FBI Special Agent Matthew Catalano served Hunt with a copy of the Order to Show Cause and that Hunt was already aware of the Order at the time at the time SA Catalano completed service. The government also represented in its Status Report (#2000) Regarding Order to Show Cause that Hunt has publicly stated he does not intend to respond to the Court's Order to Show Cause.

On March 10, 2017, at 1:00 p.m., the Court convened the show-cause hearing, but Hunt failed to appear for that hearing, did not make a filing as directed, and has not otherwise contacted the Court. The Court, therefore, finds it is necessary to issue a warrant for Hunt's arrest in order to bring him before this Court for his failure to appear at the show-cause hearing and to adjudicate civil contempt proceedings for violation of the Court's Protective Order (#342) and Supplement to Protective Order (#1692).

On this record, therefore, the Court **GRANTS** the government's

2 -  SEALED ORDER GRANTING GOVERNMENT'S REQUEST FOR ARREST WARRANT AS TO GARY HUNT AND ORDER SEALING ARREST WARRANT

request for an arrest warrant as to Gary Hunt, and the Court will issue the warrant without delay.

The Court, however, finds good cause to file under seal both this Order and the arrest warrant. Throughout this case and in the factually-related matters that took place in Bunkerville, Nevada, in April 2014 that are the subject of ongoing criminal proceedings in the District of Nevada, there have been instances of individuals avoiding the execution of court orders and/or arrest by engaging in armed confrontations with law enforcement. The Court issues under seal this Order and the warrant for Hunt's arrest in an effort to permit the orderly execution of the arrest warrant.

The Court will unseal this Order and the arrest warrant upon notice that Hunt is in custody.

IT IS SO ORDERED.

DATED this 10th day of March, 2017.

*[signature]*

ANNA J. BROWN
United States District Judge

3 -  SEALED ORDER GRANTING GOVERNMENT'S REQUEST FOR ARREST
     WARRANT AS TO GARY HUNT AND ORDER SEALING ARREST WARRANT