Jason Patrick
Pro-se defendant
BOP Register # 79454-065
FDC Sheridan
PO Box 5000
Sheridan, OR 97378

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:16-CR-00051-09-BR |
| Plaintiff, | ) |
|  | ) DEFENDANT'S MOTION FOR NEW |
|  | ) TRIAL PURSUANT TO FEDERAL RULE |
| vs. | ) OF CRIMINAL PROCEDURE 33(b) AND |
|  | ) THE 5TH AND 14TH AMENDMENTS TO |
| JASON PATRICK, | ) THE UNITED STATES CONSTITUTION |
|  | ) |
| Defendant | ) |
|  | ) |

COMES NOW Defendant, Jason Patrick, pro-se defendant, and hereby moves this Court for an Order vacating the trial verdicts of guilty and Judgments against him thereunder and ordering a new trial based on newly discovered evidence as described in my concurrently filed Motion for Discovery and Exculpatory Evidence. This Motion is made under Federal Rule of Criminal Procedure 33(b) and the Due Process Clause of both the Fifth and Fourteenth Amendments to the United States Constitution by and for the following reasons:

In light of the new evidence (described in Defendant's Motion For Discovery and Exculpatory Evicence) now known to me and others, while pending the examination of addition evidence, a new trial is warranted. The Jury was not allowed to know all the facts relevant to the case. It is no fault of mine that these facts were withheld. The only remedy is a new trial. All other parties, including the Judge and the Jury, have deceived and the trial result derived through

government deception. This deteriorates and undermines our society as well as society's sense of Justice, as well as any real; justice. There are 3 branches of government for just this reason.

It was assuredly difficult, if not impossible, for me to know or foresee any of these events. I have worked diligently in many places before to expose, unknown and impossible to foresee, actions of gross misconduct of government. It will always be at the discretion of a Judge and/or Congess to take real actions and do something about these types of things. This is spite of how hard I or anyone else has or will ever at our own grave peril to expose. In this instance a new trial is the right step.

Respectfully submitted this 24th day of January, 2018.

    /s/ Jason Patrick
Jason Patrick, Pro Se

DEFENDANT'S MOTION FOR NEW TRIAL